83 So.2d 324

Betty Jean SMITH, pro aml.

v.

CITY OF FAIRHOPE.

1 Div. 615.

Supreme Court of Alabama.

June 30, 1955.

Rehearing Denied Nov. 10, 1955.

Hamilton, Denniston, Butler & Riddick, Mobile, for appellant.

**624**

Beebe & Swearingen, Bay Minette, for appellee.

LAWSON, Justice.

The questions presented on this appeal are identical with those discussed in the case of Cooper v. City of Fairhope, Ala., 83 So.2d 321.[1] It follows that the judgment of the trial court should be affirmed. It is so ordered.

Affirmed.

LIVINGSTON, C. J., and STAKELY and MERRILL, JJ., concur.